IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03505-MEH

HAWK TECHNOLOGY SYSTEMS, LLC,

Plaintiff,

v.

KUM & GO, L.C.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2015.**

The Stipulated Protective Order improperly filed as a "motion" in this case [filed March 9, 2015; docket #10] is **denied without prejudice** as moot, as the document contains no request for relief. A proposed order must be accompanied by a motion seeking approval or other relief. In addition, the parties must submit to the Court via email a copy of the proposed order in useable format (Word, Word Perfect).