IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03505-MEH

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff,

v.

KUM & GO, L.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2015.**

    The Joint Motion for Entry of Protective Order [filed March 17, 2015; docket #15] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.  The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a *specific* mechanism by which the parties may challenge the designation of information as confidential.  *See id.* at 388-89.  Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed.