IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03505-RBJ

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff and Counterclaim Defendant,

v.

KUM & GO, L.C.,

    Defendant and Counterclaim Plaintiff,

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **two week Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 17, 2017 at 9:00 a.m.**

    A Trial Preparation Conference is set for **December 2, 2016 at 1:30 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least three business days in advance of the Trial Preparation Conference.

    In addition, a half-day hearing on claim construction is scheduled for **January 26, 2016 at 9:00 a.m.**

    For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 6th day of April, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge