**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-3505-RBJ

HAWK TECHNOLOGY SYSTEMS, LLC,

    Plaintiff and Counterclaim Defendant,

vs.

KUM & GO, L.C.,

    Defendant and Counterclaim Plaintiff.

## ORDER OF DISMISSAL

This matter coming before the Court on Plaintiff Hawk Technology Systems, LLC and Defendant Kum & Go, L.C.'s Stipulation of Dismissal, and the Court is of the opinion that the Dismissal should be GRANTED.

Accordingly, IT IS ORDERED that the claims against Defendant Kum & Go, L.C. are dismissed with prejudice, that any and all counterclaims and defenses of Kum & Go, L.C. against Hawk Technology Systems, LLC are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

DATED this 7th day of May, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge